# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES DAVID WHITE, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-296 |
| THE STATE OF GEORGIA DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant. | ) | |

# ORDER

Charles David White, Jr, is a prisoner at the Liberty County Jail in this District. He has submitted this 42 U.S.C. § 1983 Complaint alleging violations of the Eighth Amendment while incarcerated as the Spalding County Correctional Institution in Griffin, Georgia. Doc. 1. White, however, has sent his complaint to the Southern District of Georgia, which has no apparent link to his claim.

Griffin is located in Spalding County, which lies in the Northern District of Georgia. 28 U.S.C. § 90(b)(2). As his claim arises from events that occurred in another district, the proper forum for this case is the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2). The

Clerk is **DIRECTED** to transfer this case to the Northern District of Georgia for all further proceedings.

**SO ORDERED**, this 20th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA